Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) Mario L Pagdanganan, Jr. and Wilson A Bermas  Case No. 22-14705  Chapter 13

All Cases: Moving Creditor Capital One Auto Finance, a division of Capital One, N  Date Case Filed December 21, 2022

Nature of Relief Sought: ☑ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed April 10, 2023

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car  Year, Make, and Model 2018 Hyundai Elantra Sedan 4D SE 2.0L I4
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ 23,518.06
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 11,725.00

5. Default
   a. ☐ Pre-Petition Default
      Number of months 0.000  Amount $ 0.00

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months 4.000  Amount $ 2,121.00

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____  Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: August 08, 2024  /s/ James M. Philbrick
                        Counsel for Movant

(Rev. 12 /21/09)