UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 22-14705 | |
| Mario L Pagdanganan, Jr. ) | | |
| Wilson A Bermas ) | Chapter: 13 | |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**AGREED ORDER OF CREDITOR JPMORGAN CHASE BANK, N.A. RESOLVING MOTION FOR RELIEF FROM STAY AS TO 2012 HYUNDAI TUCSON VIN KM8JU3AC0CU486207 (DOCKET # 37)**

This matter coming to be heard on the Motion for Relief from Stay and Co-Debtor Stay (Dkt. #37) which was filed in this court by JPMorgan Chase Bank, N.A. ("Creditor"), Creditor and Mario L Pagdanganan, Jr. and Wilson A Bermas (collectively, "Debtor"), by and through their attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Creditor;

Debtor failed to make regular monthly payments to Creditor and is currently in default for the months of May 2024 through July 2024, incurring a total post-petition arrearage of $842.97, which consists of 3 post-petition payments for May 8, 2024 through July 8, 2024 at $280.98 each.

IT IS HEREBY ORDERED:

1. In order to eliminate said post-petition delinquency, Creditor must receive the following payments by the corresponding dates:

   a. $140.50 on or before August 8, 2024;
   b. $140.50 on or before September 8, 2024;
   c. $140.50 on or before October 8, 2024;
   d. $140.50 on or before November 8, 2024;
   e. $140.50 on or before December 8, 2024;
   f. $140.50 on or before January 8, 2025.

2. That Creditor must receive the payments listed on Paragraph #1 on or before the corresponding date. If Creditor fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and their attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing a Notice of Termination with the clerk of the court.

3. The Debtor must continue to make timely post-petition payments directly to Creditor beginning August 8, 2024.

4. If Debtor fails to pay one (1) future monthly payment on or before the date on which it is

due and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Creditor mailed notification to the Debtor and their attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing a Notice of Termination with the clerk of the court.

5. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

6. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

/s/Stephen R Franks
Attorney for Creditor

/s/Michelle E Mandroiu
Attorney for Debtor

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  August 19, 2024

**Prepared by:**

Stephen R. Franks (0075345)
Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor