UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mario L Pagdanganan, Jr. and<br>Wilson A Bermas<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   22-14705<br><br>Chapter:  13<br>Honorable David D. Cleary |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A. for Relief from Stay, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtors shall make monthly payments in the amount of $530.25 directly to Capital One Auto Finance, a division of Capital One, N.A., continuing with the September 17, 2024 post-petition payment.

2. In addition to the current monthly contract payment, Debtors must submit to Capital One Auto Finance, a division of Capital One, N.A. the sum of $400.00 on or before the fifteenth day of each month beginning September 2024 through and including January 2025, and then the sum of $495.00 on or before the fifteenth day of February 2025, to cure the post-petition default as follows:

| | |
|---|---|
| Post-Petition Arrears | $2,121.00 |
| Filing Fee | $199.00 |
| Attorney Fee | $175.00 |
| Total | $2,495.00 |

*Repayment over six months

3. If Capital One Auto Finance, a division of Capital One, N.A. does not receive any two payments required under Paragraphs 1 and 2 by the due date, Capital One Auto Finance, a division of Capital One, N.A. may issue a Notice of the Default stating the amount of the default and giving the Debtors 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the Debtors and the Debtors' lawyer. If the Debtors does not cure the default by 14 days from the filing date of the Notice of Default, then Capital One Auto Finance, a division of Capital One, N.A. may file a Notice of Termination of the Stay with a certificate of service on the Debtors and the Debtors' lawyer. The Notice of Termination terminates the automatic stay to permit Capital One Auto Finance, a division of Capital One, N.A. to exercise its in rem rights under non-bankruptcy law in the collateral, one 2018 Hyundai Elantra Sedan 4D SE 2.0L I4, VIN 5NPD74LF5JH333089 , effective on the date it is filed.

4. If Capital One Auto Finance, a division of Capital One, N.A. does not receive proof of full coverage insurance pursuant Capital One Auto Finance, a division of Capital One, N.A. may issue a Notice of the Default stating that the Debtors has 7 days to provide Capital One Auto Finance, a division of Capital One, N.A. with proof of full coverage insurance on the aforesaid vehicle. The Notice

of Default must be filed with the court with a certificate of service on the Debtors and the Debtors' lawyer. If the Debtors does not cure the default by 7 days from the filing date of the Notice of Default, then Capital One Auto Finance, a division of Capital One, N.A. may file a Notice of Termination of the Stay with a certificate of service on the Debtors and the Debtors' lawyer. The Notice of Termination terminates the automatic stay to permit Capital One Auto Finance, a division of Capital One, N.A. to exercise its in rem rights under non-bankruptcy law in the collateral, one 2018 Hyundai Elantra Sedan 4D SE 2.0L I4, VIN 5NPD74LF5JH333089 , effective on the date it is filed.

5. Attorney's fees in the amount of $175.00 and costs in the amount of $199.00 are allowed.

_/s/____Michelle E. Mandroiu _____          /s/ James M. Philbrick_____
Attorney for Debtors                         Attorney for Capital One Auto Finance,
                                             a division of Capital One, N.A.

Enter:    *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  September 10, 2024

**Prepared by:**

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net