

# LOGS Legal Group LLP
## Attorneys at Law

2801 Lakeside Drive, Suite 207
Bannockburn, Illinois 60015
Tel: (847) 291-1717 • Fax: (847) 291-3434

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)
Jason Shapiro (licensed in FL, IL)

**Managing Attorney - Illinois**
Randal S. Berg

November 20, 2025

Mario L Pagdanganan, Jr
8333 Trumbull Ave Apt #2
Skokie, IL 60076

Melinda S Pagdanganan
8026 Kostner Ave.
Skokie, IL 60076

Wilson A Bermas
8026 Kostner Ave.
Skokie, IL 60076

Michael L Pagdanganan
8026 Kostner Ave.
Skokie, IL 60076

## <u>NOTICE OF DEFAULT</u>

RE:     Wells Fargo Bank, N.A.
        Chapter 13#: 22-14705

Dear Sir or Madam:

Our firm represents Wells Fargo Bank, N.A. in your Chapter 13 Case.  In that capacity, we have been retained to collect a debt and any information with which you provide us will be used for that purpose.

On March 17, 2025 an order was entered in the Chapter 13 case, pursuant to which Mario L Pagdanganan, Jr. and Wilson A Bermas are obligated to make certain payments to my client. A copy of the order is enclosed. I have been informed by my client that the payments required pursuant to that order are in default. Specifically, the following items have come due and remain unpaid:

| | | |
|---|---|---|
| 3 monthly payments at $3,090.78 each 08/01/25-10/01/25 | = | $9,272.34 |
| 1 monthly payment at $2,741.65 each 11/01/25 | = | $2,741.65 |
| 1 monthly stipulation payment at $1,031.93 each – 08/15/25 | = | $1,031.93 |
| 1 monthly stipulation payment at $1,031.95 each – 09/15/25 | = | $1,031.95 |
| (Less Suspense Funds) | = | ($2,973.13) |
| TOTAL | = | $11,104.74 |

**As of November 20, 2025 a total of $11,104.74 is due and owing to bring you into compliance with the terms of the agreed order.  An additional monthly mortgage payment of $2,741.65 will come due on December 1, 2025, bringing the total amount due and owing through December 4, 2025 to $13,846.39.**

**Therefore, and pursuant to the accompanying order, the automatic stay and the co-debtor stay shall be deemed modified effective December 5, 2025**, to enable foreclosure of the mortgage on the property commonly known as: 8026 Kostner Ave, Skokie, IL 60076.

If you wish the automatic stay and the co-debtor stay to remain in effect, you may bring yourself into compliance with the Agreed Order by tendering <u>Certified Funds</u> in the amount of **$13,846.39** if those funds will be received no later than **December 4, 2025**  payable to "Wells Fargo Bank, N.A." must be received at the following address:

Wells Fargo Home Mortgage
PO Box 14507
Des Moines, IA 50306

Acceptance of partial payments will not constitute a waiver of Wells Fargo rights to pursue the default in the event the partial payments are not enough to cure the entire default.

If you have any questions concerning this matter, please contact your attorney.

Very truly yours,

LOGS Legal Group LLP
/s/ Michael N. Burke

Richard B. Aronow  3123969
Michael N. Burke  6291435
Amy A. Aronson  6206512
Attorney at Law
enc.

CC:   M.O. Marshall, 224 S.Michigan Ave., Ste 800, Chicago, IL 60604
        David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
        Wells Fargo Bank, N.A.

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**